# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:17-cr-112 |
| ) | |
| v. ) | District Judge Harry S. Mattice |
| ) | |
| SEAN WRIGHT ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 41] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Superseding Indictment; (2) accept Defendant's guilty plea to Count One of the one count Superseding Indictment; (3) adjudicate Defendant guilty of failure to register as a sex offender under the Sex Offender Registration and Notification Act, while traveling in interstate commerce, in violation of Title 18, United States Code, Section 2250(a); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 19] until further order of this Court or sentencing in this matter.  After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 41] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the one count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Indictment Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of failure to register as a sex offender under the Sex Offender Registration and Notification Act, while traveling in interstate commerce, in violation of Title 18, United States Code, Section 2250(a); and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 19] until further order of this Court or sentencing in this matter which is scheduled to take place on **June 4, 2018, at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

                                              */s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE